SHARON KASPAR, APPELLANT, V. ALAN KASPAR, APPELLEE.

356 N.W.2d 892

Filed November 9, 1984. No. 83-031.

David M. Geier of Bauer, Galter & Geier, for appellant.

No appearance for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, and SHANAHAN, JJ., and COLWELL, D.J., Retired.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.